UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEREMI AMISON,

    Plaintiff,

                                               Case No. 1:20-cv-119

v.

                                               HON. JANET T. NEFF

DOMINOS PIZZA INC,

    Defendant.

_____/

### ORDER

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on April 7, 2020, recommending that Plaintiff's complaint be dismissed for lack of subject matter jurisdiction. The Report and Recommendation was duly served on Plaintiff. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons set forth in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: April 30, 2020                                                                       /s/ Janet T. Neff
                                                                                    JANET T. NEFF
                                                                                  United States District Judge